**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BELINDA BALDWIN, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>INDEPENDENT SCHOOL DISTRICT )<br>NO. 1 OF TULSA COUNTY, )<br>OKLAHOMA, and JESSICA HAIGHT, )<br>in her individual capacity, )<br>)<br>        Defendants. ) | Case No. 15-CV-85-JED-FHM |

**OPINION AND ORDER**

Plaintiff's *Motion to Compel Rule 26(f) Conference*, [Dkt. 14], is before the court for decision. Defendant has filed a response. [Dkt. 17]. No reply was filed.

Defendant declined Plaintiff's written request to participate in a Fed. R. Civ. P. 26(f) conference because it had a *Motion to Dismiss* pending. Plaintiff then filed the *Motion to Compel Rule 26(f) Conference*, [Dkt. 14], but failed to comply with LCvR 37.1 by personally meeting and conferring with Defendant prior to filing the *Motion to Compel*. The court has now ruled on the motion to dismiss and Defendant has agreed to participate in the Fed. R. Civ. P. 26(f) conference.

Defendant was under no obligation to participate in a Fed. R. Civ. P. 26(f) conference based upon Plaintiff's request. Fed. R. Civ. P. 26(f)(1). Plaintiff's *Motion to Compel Rule 26(f) Conference*, [Dkt. 14], is DENIED.

SO ORDERED this 11th day of May, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE